**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHERYE R. LIMOGES, | Case No. 4:25-cv-01704-JMD |
| Plaintiff, | |
| v. | Judge Joshua M. Divine |
| APOTEX, INC.; APOTEX CORP.; JOHN DOES 1-3; and JOHN DOE ENTITIES 1-3 | |
| Defendants. | |

**AGREED NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff Cherye R. Limoges ("Plaintiff") and Defendants Apotex, Inc. and Apotex Corp. (collectively, "Defendants," and together with Plaintiff, the "Parties"), notify the Court that they have reached a settlement in principle that, upon completion, will resolve all claims in this action. The Parties require additional time to finalize and execute the settlement documents. Accordingly, the Parties respectfully request that the Court stay all pending deadlines and grant them forty-five (45) days to finalize the settlement and file a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 31, 2026

Respectfully submitted,

Attorneys for Plaintiff

By: /s/ *Jeremy McNabb*
Jeremy McNabb (Ark. Bar No. 2003083)
Denise Hoggard (Ark. Bar No. 84072)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone: (501) 868-2500
Telefax: (501)868-2505

Email: mcnabb@rainfirm.com
Email: hoggard@rainfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notices in this case.

/s/ Jeremy McNabb
Jeremy McNabb

2